FILED '08 MJ 2189

2008 JUL 17 PM 12:25

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, Plaintiff, v. SALVADOR RAMIREZ-ESCOBEDO Defendant

~~MAGISTRATE~~ CASE NO.:

COMPLAINT FOR VIOLATION OF

Title 18, U.S.C., Section 111 - Assault on a Federal Officer

The undersigned complainant, being duly sworn, states:

On May 3, 2006, within the Southern District of California, defendant SALVADOR RAMIREZ-ESCOBEDO, did willfully and forcibly assault, resist, oppose, impede or interfere with United States Border Patrol Agent Christopher Harris, while Agent Harris was engaged in the performance of his official duties, by throwing a rock at Harris, hitting Harris in the head with the rock, and injuring Harris with the rock, in violation of Title 18, United States Code, Section 111(a)(1) and (b).

And the complainant states that this complaint is based on the attached Probable Cause Statement incorporated herein by reference.

Joyce Postiglioni

JOYCE POSTIGLIONI, Special Agent
Federal Bureau of Investigation

SWORN TO ME AND SUBSCRIBED IN MY PRESENCE THIS 17th DAY OF JULY 2008.

UNITED STATES MAGISTRATE JUDGE

CONTINUATION OF COMPLAINT:
UNITED STATES v. SALVADOR RAMIREZ-ESCOBEDO

PROBABLE CAUSE STATEMENT

I, Special Agent Joyce Postiglioni, declare under penalty of perjury, the following is true and correct:

These facts are based on my personal participation in this investigation, as well as written and oral statements received from other law enforcement officers. I submit the facts contained in this statement demonstrate probable cause exists to believe that the defendant named in the attached complaint committed the crime charged in the complaint. Additionally, since this statement is being submitted for the purpose of supporting a criminal complaint, I have not included each and every fact known to me about the defendant or this investigation. I have included only those facts which I believe are necessary to establish probable cause to believe the defendant committed the crime alleged in the complaint.

On May 3, 2006, defendant SALVADOR RAMIREZ-ESCOBEDO ("RAMIREZ-ESCOBEDO" or "defendant") assaulted United States Border Patrol (USBP) Agent Christopher Harris by throwing a rock at Harris, hitting Harris in the head with the rock, and injuring Harris with the rock. At the time of the assault, Agent Harris was attempting to apprehend RAMIREZ-ESCOBEDO and three other individuals, only one of whom was identified, SERGIO ARTURO AVALOS-YERA, for illegal entry into the United States.

Defendant has used the following aliases in the past: SALVADOR RAMIREZ-QUEBEDO, SALVADOR RAMIREZ-ESCOVEL, SALVADOR ESCOVEL, SALVADOR

RAMIREZ, SALVASDOR PARRA-RODRIGUEZ, ROMAN QUEVEDO-BEDOLLA, SALVADOR RAMIREZ-BEDOLLA, LUIS RAMIREZ-QUEUERO, LUIS GUERRERO-RAMIREZ, LUIS QUEVEDO-RAMIREZ, SALVADOR RAMIREZ-CABED, SALBADOR RAMIREZ-ESCOBEDO, SALVADOR RAMIREZ-ESCOVAL, SALVADOR PARRA-ESCOBEDO, SALVADOR RAMIREZ-ESCOVELO, LUIS NAVARRO-RAMIREZ, and PITUFO. It is likely that Defendant has used additional, undocumented aliases.

On May 3, 2006, USBP Agent was working out of the Imperial Beach Station and was assigned to patrol the South Levee, which is right along the U.S.-Mexico border. HARRIS was working in full uniform, and was driving a marked USBP jeep.

After a break and shortly after 7:00 a.m., on his way back to his assigned patrol area, HARRIS was driving along the fence line of the primary fence of the international border. HARRIS observed four people in the grassy area on the U.S. side of the border. They were approximately 10 yards away from the border. He drove towards the four people. Once he got to within approximately 15 to 20 feet of the four people, they got up and started to run away from him and towards Mexico. HARRIS stopped his vehicle and exited. Agent Harris announced himself as a US Border Patrol Agent and ordered the subjects to stop. The announcement and commands were given in English and Spanish.

Instead of stopping, the four individuals continued towards Mexico. One of the individuals who was apprehended during the event was later identified as SERGIO ARTURO AVALOS-YERA. Another individual who was not apprehended during the event was later identified as RAMIREZ-ESCOBEDO, the Defendant. The other two individuals were males who were not identified, they are referred to as UNKNOWN MALE 2 (UM2) and UNKNOWN MALE 3 (UM3).

HARRIS was able to get a hold of AVALOS-YERA before he reached the fence. HARRIS threw AVALOS-YERA down to the ground. By this time, HARRIS and AVALOS-YERA were approximately one foot away from the fence.

UM2 made it up and over the fence and kept running south, further into Mexico. UM3 remained at the top of the fence. RAMIREZ-ESCOBEDO also remained at or near the top of the fence and turned to face HARRIS. HARRIS recognized RAMIREZ-ESCOBEDO from previous confrontations with him. HARRIS recognized RAMIREZ-ESCOBEDO as a smuggler or guide whom he had dealt with in the past.

HARRIS pulled out his asp. UM3 and RAMIREZ-ESCOBEDO started screaming at HARRIS. They were at the top of the fence for approximately 15 seconds, yelling at HARRIS. HARRIS observed UM3 and RAMIREZ-ESCOBEDO for those 15 seconds, until UM3 and RAMIREZ-ESCOBEDO dropped down onto the Mexican side of the fence.

Once UM3 and RAMIREZ-ESCOBEDO were no longer at the top of the fence, HARRIS tucked his asp under his arm. He proceeded to attempt to handcuff AVALOS-YERA, who was still on the ground. While he was attempting to place handcuffs on AVALOS-YERA, RAMIREZ-ESCOBEDO climbed back onto the fence. RAMIREZ-ESCOBEDO threw a rock at HARRIS, striking HARRIS above his right temple.

The rock thrown by RAMIREZ-ESCOBEDO was approximately the size of a baseball. Upon being struck, HARRIS fell to his knees. HARRIS drew his weapon at pointed it at RAMIREZ-ESCOBEDO. For a second time during that particular event, he got a good look at RAMIREZ-ESCOBEDO. RAMIREZ-ESCOBEDO stayed at the top of the fence for approximately one to two seconds before dropping from the fence back into Mexico.

HARRIS was sure that it was RAMIREZ-ESCOBEDO that threw the rock at him. UM3 was still on the ground and not on the fence at the time the rock hit him. UM3 could not have thrown the rock at him, but would have had to lob it at HARRIS in order for it to reach HARRIS' position. In his experience having been rocked on previous occasions, HARRIS was sure that the force with which the rock struck him meant that it was thrown at him directly, and not lobbed.

**MATERIAL WITNESS STATEMENT:**

SERGIO ARTURO AVALOS-YERA stated his family made arrangements with a smuggler for a sum of $1500 per person to illegally cross AVALOS and his uncle to the San Diego area from Tijuana, Baja California, Mexico. AVALOS-YERA and his uncle waited at the Hotel Virrey for their footguide. A short, bald man approximately 40 years old known as "EL PELON" knocked on their hotel door. AVALOS-YERA his uncle, and"EL PELON" illegally crossed into the United States with "EL PELON" as a guide. Once in the United States, "EL PELON" abandoned AVALOS-YERA and his uncle. AVALOS-YERA and his uncle were apprehended and deported.

AVALOS-YERA and his uncle returned to the Hotel Virrey and waited. AVALOS-YERA identified ROBERTO GARCIA-FLORES as their next footguide. However, AVALOS-YERA indicated that he was apprehended three more times upon illegally entering the United States, and that each time, the guides turned back south.

Specifically regarding the incident on 05/03/2006, AVALOS-YERA stated that "EL PELON" attempted to illegally guide him and three other individuals into the United States via Stewart's Bridge when Agent Harris saw them. AVALOS-YERA other individuals turned back south towards Mexico. As Agent Harris was apprehending AVALOS-YERA,

"EL PELON" assaulted Agent Harris with rocks from atop the border fence. AVALOS-YERA could not positively identify the rock thrower. However, AVALOS-YERA identified SALVADOR RAMIREZ-ESCOBEDO as a footguide. AVALOS-YERA further stated that Defendant was in the area when Agent Harris was assaulted.

**WITNESS STATEMENT:**

On May 3, 2006, ADRIAN ESPINOZA-HERNANDEZ was interviewed by the San Diego Sector Operation Against Smugglers Initiative on Safety and Security (OASISS). ESPINOZA-HERNANDEZ was apprehended on that date while with a female that he was illegally guiding into the United States.

ESPINOZA-HERNANDEZ was questioned about the rocking assault on Agent Harris that took place that morning. ESPINOZA-HERNANDEZ stated that he was aware that the rocking incident took place because RAMIREZ-ESCOBEDO was bragging and telling all the footguides about how he almost killed an agent that morning. Defendant was taking all the credit for assaulting the Agent.

ESPINOZA-HERNANDEZ further indicated that RAMIREZ-ESCOBEDO is a very violent person who has much anger towards the Border Patrol. ESPINOZA-HERNANDEZ has seen RAMIREZ-ESCOBEDO and other footguides use the rocking tactic to further their undocumented aliens illegal entry into the United States.

**ADDITIONAL INFORMATION:**

Records checks on Defendant, RAMIREZ-ESCOBEDO, revealed Defendant was previously removed from the United States to Mexico on or about May 12, 2006. These same records demonstrate that the defendant has not applied for permission from the Attorney General or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

Defendant RAMIREZ-ESCOBEDO has not provided a statement on this

matter to affiant.

Finally, the affiant states that SERGIO ARTURO AVALOS-YERA and ADRIAN ESPINOZA-HERNANDEZ are citizens of a country other than the United States; and that neither has been located to testify in this matter.

Executed on 07/17/06 at ______________________________.

______________________________

JOYCE POSTIGLIONI, Special Agent
Federal Bureau of Investigation