# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
vs )
Salvador Ramirez-Escobedo )

CASE NUMBER 08mj 2189

ABSTRACT OF ORDER

Booking No. ____________

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of ~~7/30/08~~ 7/31/08 RFM

the Court entered the following order:

_______ Defendant be released from custody.

_______ Defendant placed on supervised / unsupervised probation / supervised release.

_______ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

_______ Defendant released on $__________ bond posted.

_______ Defendant appeared in Court. FINGERPRINT & RELEASE.

_______ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_______ Defendant sentenced to TIME SERVED, supervised release for_____ years.

_______ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:

_____dismissing appeal filed.

_______ Bench Warrant Recalled.

_______ Defendant forfeited collateral.

___✓___ Case Dismissed.

_______ Defendant to be released to Pretrial Services for electronic monitoring.

___✓___ Other. Defendant to Remain in Custody on case # 08cr2123

LOUISA S. PORTER
UNITED STATES MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR. Clerk
by [signature] Deputy Clerk

R. F. MESSIG

Received [signature]
DUSM

Crim-9 (Rev 6-95)

★ U.S. GPO: 1998-783-398/40151

CLERKS' COPY