# MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. vs. SALVADOR RAMIREZ-ESCOBEDO No. 08MJ2189

HON. LOUISA S. PORTER Tape No. POR08-1:10:19-10:21; 10:27-10:28 **(4MIN)**

Asst. U.S. Attorney CARLA DAVIS PTSO

| | | | | | | | # | Status |
|---|---|---|---|---|---|---|---|---|
| Atty | FD Michelle Betancourt | X | Apt | | Ret | for | ( 1 ) | ( C ) |
| | | | Apt | | Ret | for | ( ) | ( ) |
| | | | Apt | | Ret | for | ( ) | ( ) |
| | | | Apt | | Ret | for | ( ) | ( ) |
| | | | Apt | | Ret | for | ( ) | ( ) |
| | | | Apt | | Ret | for | ( ) | ( ) |
| | | | Apt for Material Witness(es) | | | | | |

PROCEEDINGS: ___ In Chambers X In Court ___ By Telephone

Preliminary hearing not held. Defendant not appearing. Defense counsel oral motion to waive defendants presence - granted. Governments oral motion to dismiss as to this case only - Granted without prejudice. Abstract issued to U.S. Marshals for release of the defendant.

Court ordered Motion # [3-1] vacated.

Date 7/30/08

IF

Deputy's Initials